

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00024-CV

IN RE ALL COMMERCIAL FLOORS,
INC. AND KEVIN JONES

RELATORS

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED:  January 23, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).